ORIGINAL



IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 4:18-CR-220-A |
| WILLIAM BRIAN SMITH (01) | |

### GOVERNMENT'S NOTICE REGARDING ACCEPTANCE OF RESPONSIBILITY

If the Court determines that defendant William Brian Smith is entitled to a reduction for Acceptance of Responsibility, and that his offense level is 16 or greater, the government moves that the defendant receive an additional third-point reduction for Acceptance of Responsibility, pursuant to USSG § 3E1.1(b). The defendant has assisted authorities in the investigation or prosecution of his own misconduct by notifying authorities of his intention to enter a plea of guilty, thereby permitting the government to avoid preparing for trial and permitting the government and the court to allocate their resources efficiently.

Respectfully submitted,

ERIN NEALY COX
UNITED STATES ATTORNEY

*/s/ Aisha Saleem*

AISHA SALEEM
Assistant United States Attorney
Texas State Bar No. 00786218
Burnett Plaza, Suite 1700
801 Cherry Street, Unit 4
Fort Worth, Texas 76102-6882
Telephone: 817-252-5200
Facsimile: 817-252-5455

## CERTIFICATE OF SERVICE

I hereby certify that on ___19th___, the foregoing Government's Notice Regarding Acceptance of Responsibility was served by first class mail to J Michael Price, II at 2828 N. Harwood Street, Suite 1950, Dallas, Texas 75201, counsel for defendant.

*/s/ Aisha Saleem*

AISHA SALEEM
Assistant United States Attorney